■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GRANT, Appellant.—Appeal by the defendant from a

judgment of the Supreme Court, Queens County (Pitaro, J.), rendered November 14, 1984.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.